### (September 18, 1958)

■ In the Matter of the Probate of the Will of ELIAS A. COHEN, Deceased. ESTELLE L. FRINDEL et al.— Motion for stay granted on condition that the appeal is argued or submitted when reached on September 19, 1958. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ In the Matter of WHITEHALL ART CO. INC., et al. against WALTER STEIN.— Motion for stay granted upon condition that the appeal is argued or submitted on September 23, 1958. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ ENGLISH-SPEAKING UNION (NEW YORK), INC. v. HENRY PAYSON. BETTY SCHWARTZ v. ENGLISH-SPEAKING UNION (NEW YORK), INC.— Motion for stay granted in accordance with the stipulation dated September 8, 1958. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ EASTERN SEABOARD PLASTICS, INC. v. AMERICAN NEWS COMPANY, INC. — Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ LINDA BARKOCY, an Infant, by WARREN S. BARKOCY, Her Guardian ad Litem, v. C. B. C. CAB CORP.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ AFRIELLE F. EWESON v. ERIC EWESON.— Motion for stay granted insofar as to extend the time for respondent to file his points to and including September 24, 1958, and that the appeal be argued or submitted during the October 1958 Term of this court. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ BLANCA C. DE LARA v. ALBERTO L. SANTOS.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ ANNA M. HENNING v. GUSTAV HENNING.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ In the Matter of DAVID MEYER against NEW YORK HOSPITAL.— Motion for stay denied. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.